UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SRIJI AND CORPORATION d/b/a FIVE STAR PANTRY <br><br> Defendant. | Case No. 1:21-cv-05258 |

**AGREED MOTION TO ENTER CONSENT JUDGMENT AND ORDER**

Plaintiffs United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees ("Plaintiffs") and Defendant Sriji and Corporation d/b/a Five Star Pantry ("Defendant") respectfully request that this Court enter the proposed Consent Judgment and Order, attached hereto as **Exhibit 1**, and in support state as follows:

1. Plaintiffs filed their Complaint against Defendant on October 5, 2021.

2. Defendant has agreed to consent to judgment in the form of the Consent Judgment and Order executed by Defendant. (*See* Ex. 1.)

3. Defendant consents to Plaintiff moving this Court for entry of the Consent Judgment and Order.

WHEREFORE, the parties respectfully request that the Court enter the attached Consent Judgment and Order and order judgment against Sriji and Corporation d/b/a Five Star Pantry.

1

Dated: April 12, 2022                  Respectfully submitted,

                                                      */s/ David Huffman-Gottschling*
Sherrie E. Voyles, Esq. (Bar No. 06242386)
svoyles@jbosh.com
David Huffman-Gottschling, Esq. (Bar No. 06269976)
davidhg@jbosh
JACOBS, BURNS, ORLOVE & HERNANDEZ
150 North Michigan Avenue, Suite 1000
Chicago, IL 60601
Phone: (312) 327-3444
Fax: (312) 580-7175

Christopher M. Leins, Esq.
cleins@slevinhart.com
Kristina F. Salamoun, Esq.
ksalamoun@slevinhart.com
SLEVIN & HART, P.C.
1625 Massachusetts Ave., N.W., Suite 450
Washington, DC 20036
Phone: (202) 797-8700
Fax: (202) 234-8231

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David Huffman-Gottschling, an attorney, certify that I caused the foregoing document to be served upon the following via the Court's ECF system, on April 12, 2022:

Todd A. Miller
tam@alloccomiller.com
Kathleen M. Cahill
kmc@alloccomiller.com
Megan M. Moore
mmm@alloccomiller.com
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606

*Counsel for Defendants*

                                                  */s/ David Huffman-Gottschling*
                                                  David Huffman-Gottschling

21086960v1